No. 93–1625. NORTH STAR ALASKA HOUSING CORP. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. ▪

No. 93–1652. CALDERON, WARDEN, ET AL. *v.* HAMILTON. C. A. 9th Cir. Certiorari denied. ▪

No. 93–1692. COUNTY OF SAN DIEGO ET AL. *v.* MURPHY. C. A. 9th Cir. Certiorari denied. ▪

No. 93–1697. REILLY *v.* TUCSON ELECTRIC POWER CO. ET AL. C. A. 9th Cir. Certiorari denied. ▪

No. 93–1702. HIDALGO *v.* FEATHERLITE BUILDING PRODUCTS CORP. C. A. 5th Cir. Certiorari denied. ▪

No. 93–1705. HALL ET AL. *v.* SAN BERNARD ELECTRIC COOPERATIVE, INC., ET AL. C. A. 5th Cir. Certiorari denied. ▪

No. 93–1708. WARDELL *v.* TRACY. Ct. Sp. App. Md. Certiorari denied. ▪

No. 93–1709. NEW ORLEANS 2000 PARTNERSHIP *v.* BOARD OF COMMISSIONERS OF THE NEW ORLEANS EXHIBITION HALL AUTHORITY. Ct. App. La., 4th Cir. Certiorari denied. ▪

No. 93–1714. KEPLINGER *v.* WILSON ET AL. C. A. 6th Cir. Certiorari denied. ▪

No. 93–1716. PROFILE MANUFACTURING, INC., ET AL. *v.* KRESS ET AL. Cir. Ct. Macomb County, Mich. Certiorari denied.

No. 93–1717. SNYDER *v.* CONSOLIDATED FREIGHTWAYS, INC., ET AL. C. A. 9th Cir. Certiorari denied. ▪

No. 93–1719. LINDMARK *v.* PENNSYLVANIA BOARD OF LAW EXAMINERS. Sup. Ct. Pa. Certiorari denied.

No. 93–1720. EVANS *v.* WEIR ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.